1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 So. Figueroa Boulevard, Suite 1240
3  Los Angeles, CA 90071
   Telephone:  (213) 312-4000
4  Facsimile:   (213) 312-4001
   Email:  Deborah.Prosser@KutakRock.com
5  Email:  Stephanie.Hingle@KutakRock.com

6  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY and
7  GE HEALTHCARE INC.

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>　　　　　Defendants. | Case No.<br><br>**DEFENDANTS GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC.'S DEMAND FOR JURY TRIAL**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court, Case No.: CGC-08-472978) |

///
///
///
///
///
///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4822-9963-8018.1                              - 1 -

DEMAND FOR JURY TRIAL                                                CASE NO.:

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants General Electric Company and GE Healthcare Inc. hereby demand a trial by jury in the above-entitled action.

Dated: April 4, 2008                    Kutak Rock LLP

                                        By: /s/ Stephanie Hingle
                                        Deborah C. Prosser
                                        Stephanie A. Hingle
                                        Attorneys for Defendants
                                        GENERAL ELECTRIC COMPANY
                                        and GE HEALTHCARE INC.