1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 So. Figueroa Boulevard, Suite 1240
3  Los Angeles, CA 90071
   Telephone:  (213) 312-4000
4  Facsimile:   (213) 312-4001
   Email:  Deborah.Prosser@KutakRock.com
5  Email:  Stephanie.Hingle@KutakRock.com

6  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY and
7  GE HEALTHCARE INC.

8

9                 UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

11
   CAROL MOORHOUSE and                    Case No.
12 JAMES MOORHOUSE,

13            Plaintiffs,
                                          **CERTIFICATION OF INTERESTED**
14     v.                                 **PARTIES**

15 BAYER HEALTHCARE
   PHARMACEUTICALS, INC.;                 **[Jury Trial Demanded]**
16 BAYER HEALTHCARE LLC;
   GENERAL ELECTRIC                       (San Francisco County Superior Court,
17 COMPANY; GE HEALTHCARE,                Case No.: CGC-08-472978)
   INC.; COVIDIEN, INC.;
18 MALLINCKRODT, INC.;
   BRACCO DIAGNOSTICS, INC.;
19 McKESSON CORPORATION;
   MERRY X-RAY CHEMICAL
20 CORP.; and DOES 1 through 35,

21            Defendants.

22

23       **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS**

24 **OF RECORD:**

25       Pursuant to Central District of California Local Rule 7.1-1, Defendants

26 General Electric Company and GE Healthcare Inc., by their undersigned attorneys,

27 hereby certify that the following listed parties have a direct, pecuniary interest in

28 the outcome of this case.  These representations are made to enable the Court to

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4849-5037-2610.1                         - 1 -

CERTIFICATION OF INTERESTED PARTIES                    CASE NO.:

1  evaluate possible disqualifications or recusal.

2      Interested parties identified in the pleadings are as follows:  Plaintiffs Carol

3  Moorhouse and James Moorhouse, Defendant Bayer Healthcare Pharmaceuticals,

4  Inc., Defendant Bayer Healtchare LLC, Defendant General Electric Company,

5  Defendant GE Healthcare Inc., Defendant Covidien, Inc., Defendant Bracco

6  Diagnostics, Inc., Defendant Mallinckrodt Inc., Defendant McKesson Corporation,

7  and Defendant Merry X-Ray Chemical Corporation.

8      In addition to the persons and entities identified in the pleadings, other

9  entities that may have a direct, pecuniary interest in the outcome of this case based

10 upon their relationship with one or more of the defendants are:   Electric Insurance

11 Company.

12 Dated:  April 4, 2008                    Kutak Rock LLP

13

14                                     By: _____

15                                         Deborah C. Prosser
                                           Stephanie A. Hingle
16                                         Attorneys for Defendants
                                           GENERAL ELECTRIC COMPANY
17                                         and GE HEALTHCARE INC.

18

19

20

21

22

23

24

25

26

27

28