1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 So. Figueroa Boulevard, Suite 1240
3  Los Angeles, CA 90071
   Telephone:  (213) 312-4000
4  Facsimile:   (213) 312-4001
   Email:  Deborah.Prosser@KutakRock.com
5  Email:  Stephanie.Hingle@KutakRock.com

6  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY and
7  GE HEALTHCARE INC.

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO
10

11 
   CAROL MOORHOUSE and            Case No.
12 JAMES MOORHOUSE,

13           Plaintiffs,
                                  **DEFENDANTS GENERAL
14      v.                        ELECTRIC COMPANY AND GE
                                  HEALTHCARE INC.'S CORPORATE
15 BAYER HEALTHCARE               DISCLOSURE STATEMENT**
   PHARMACEUTICALS, INC.;
16 BAYER HEALTHCARE LLC;
   GENERAL ELECTRIC              **[Jury Trial Demanded]**
17 COMPANY; GE HEALTHCARE,
   INC.; COVIDIEN, INC.;          (San Francisco County Superior Court,
18 MALLINCKRODT, INC.;            Case No.: CGC-08-472978)
   BRACCO DIAGNOSTICS, INC.;
19 McKESSON CORPORATION;
   MERRY X-RAY CHEMICAL
20 CORP.; and DOES 1 through 35,

21           Defendants.

22
23      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
24 RECORD:
25      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate
26 disclosure statement is filed on behalf of Defendants General Electric Company
27 and GE Healthcare Inc., as follows:
28 ///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4827-8584-9602.1                - 1 -

CORPORATE DISCLOSURE STATEMENT                              CASE NO.:

(1) General Electric Company is a publicly held corporation. No other public entity owns 10% or more of General Electric Company.

(2) GE Healthcare Inc. is a wholly owned subsidiary of General Electric Company. No other public entity owns 10% or more of GE Healthcare Inc.

Dated: April 4, 2008                    Kutak Rock LLP

By: /s/ Stephanie Hingle
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.