```
 1  Deborah C. Prosser (SBN 109856)
    Stephanie A. Hingle (SBN 199396)
 2  KUTAK ROCK LLP
    515 So. Figueroa Boulevard, Suite 1240
 3  Los Angeles, CA 90071
    Telephone:  (213) 312-4000
 4  Facsimile:  (213) 312-4001
    Email: Deborah.Prosser@KutakRock.com
 5  Email: Stephanie.Hingle@KutakRock.com

 6  Attorneys for Defendants
    GENERAL ELECTRIC COMPANY and
 7  GE HEALTHCARE INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No. CV 08-1831<br><br>**NOTICE OF RELATED CASE PURSUANT TO L.R. 83-1.3**<br><br>[Jury Trial Demanded]<br><br>(San Francisco County Superior Court, Case No.: CGC-08-472978)<br><br>FAXED |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83-1.3 for the United States District Court, Central District of California, Defendants General Electric Company and GE Healthcare Inc. identify the following related cases within the Central District:

(1) *Montie Beckwith, et al. v. Bayer Healthcare Pharmaceutical, Inc., et al.*, Case No. 3:08-CV-1369 (JCS) (filed on or about March 10, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

(2) *Amy Osborn, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.*, Case No. 3:08-cv-01368 (SI) (filed on or about March 10, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

(3) *Paschal, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.*, Case No. 03:08-CV-01298 (EMC), (filed on or about March 5, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

(4) *Joe V. Sanchez, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.*, Case No. 03:08-CV-00973 (EMC), (filed on or about February 15, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA")

they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

(5) *Orellene Seabold, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.*, Case No. 03:08-CV-01367 (EMC), (filed on or about March 10, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

Dated: April 4, 2008                Kutak Rock LLP

By: *[signature]*
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.