Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No.<br><br>**PROOF OF SERVICE**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court, Case No.: CGC-08-472978)<br><br>FAXED |

## PROOF OF SERVICE

I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, Suite 1240, Los Angeles, California 90071.

///

4841-5948-6466.1

- 1 -

PROOF OF SERVICE

1  On April 4, 2008, I served the following documents described as

2     1.    Notice of Removal of Action Under 28 U.S.C. § 1441 (B) (Diversity);

3     2.    Notice of Related Case Pursuant to L.R. 83-1.3;

4     3.    Certification of Interested Parties;

5     4.    Defendant General Electric Company and GE Healthcare Inc.'s

6           Corporate Disclosure Statement;

7     5.    Demand for Jury Trial.;

on all interested parties in this action by placing a true copy or the original thereof enclosed in a sealed envelope or package addressed as stated on the attached mailing list.

[ ] **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(g)(4), I caused the machine to print a record of the transmission.

[XX] **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ] **(BY OVERNIGHT DELIVERY/COURIER)** I delivered such envelope or package to a courier or driver authorized by the express service carrier; or deposited such envelope or package to a regularly maintained drop box or facility to receive documents by the express service carrier with delivery fees provided for.

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4841-5948-6466.1

- 2 -

PROOF OF SERVICE

1
2
3
4   [ ]   **(BY MESSENGER)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*)

5
6   [ ]   **(BY PERSONAL SERVICE)** I delivered the foregoing envelope by hand to the offices of the addressee.

7
8   [ ]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

9   [XX]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

10        Executed on April 4, 2008, at Los Angeles, California.

11
12                                   _____
                                     Virginia L. Gomez
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST
## *Carol Moorhouse v. Bayer Healthcare Pharmaceuticals, Inc.*

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
T: 415-646-7160
F: 415-981-1270
Attorney for Plaintiffs Carol Moorhouse and James Moorhouse

Charles T. Sheldon, Esq.
Michael L. Fox, Esq.
Sedwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
T: 415-781-7900
F: 415-781-2635
Attorneys for McKesson Corporation

H. Nathan James, Esq.
Seifer, Murken, Despina, James & Teichman
2135 Lombard Street
San Francisco, CA 94123
T: 415-749-5900
F: 415-749-0344
Attorney for Merry X-Ray Chemical Corp.

Frank C. Rothrock, Esq.
Thomas A. Woods, Esq.
Shook, Hardy & Bacon LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92164
T: 949-475-1500
F: 949-475-0016
Attorneys for Covidien Inc. and Mallinckrodt, Inc.

Michael C. Zellers, Esq.
Mollie Benedict, Esq.
Aggie B. Lee, Esq.
Tucker Ellis & West LLP
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
T: 213-430-3400
F: 213-430-3409
Attorneys for Bracco Diagnostics, Inc.

Rodney M. Hudson, Esq.
Drinker Biddle & Reath LLP
50 Fremont St., 20th Floor
San Francisco, CA 94105
T: 415-591-7500
F: 415-591-7510
Attorney for Bayer Healthcare LLC