Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35 <br><br> Defendants. | Case No: 3:08-cv-1831 EMC <br><br> (San Francisco County Superior Court, Case No.: CGC-08-472978) <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted this 9th day of April 2008.

LEVIN SIMES KAISER & GORNICK LLP

By: _s/Debra DeCarli_
Debra DeCarli, Esq.

1  Lawrence J. Gornick (SBN 136290)
   Debra DeCarli (SBN 237642)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, CA 94104
   Telephone: (415) 646-7160
4  Fax: (415) 981-1270
   lgornick@lskg-law.com
5  ddecarli@lskg-law.com

6  Attorneys for Plaintiffs

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>                    Defendants. | Case No: 3:08-cv-1831 EMC<br><br>(San Francisco County Superior Court, Case No.: CGC-08-472978)<br><br>**PROOF OF SERVICE OF DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the document(s) entitled:

   Service was effectuated by forwarding the above-noted document in the following manner:

   **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

- 1 -
PROOF OF SERVICE

1         **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick.

       **By Electronic Mail**

       **By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Levin Simes Kaiser & Gornick.

       **By Facsimile** to the numbers as noted below by placing it for facsimile transmittal following the ordinary business practices of Levin Simes Kaiser & Gornick.

   XX   **By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Levin Simes Kaiser & Gornick.

Rodney Hudson, Esq.
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Tel: 415-591-7500
Fax: 415-591-7510
Email: KennethConour@dbr.com
Attorneys for Bayer Healthcare Pharmaceuticals Inc.

Michael C. Zellers, Esq.
Mollie Benedict, Esq.
Aggie B. Lee, Esq.
Tucker Ellis & West LLP
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
Tel: 213-430-3400
Fax: 213-430-3409
Attorneys for Bracco Diagnostics, Inc.

H. Nathan James, Esq.
Seifer, Murken, Despina, James & Teichman
2135 Lombard Street
San Francisco, CA 94123
Tel: 415-749-5900
Fax: 415-749-0344
Attorneys for Merry X-Ray Chemical Corp.

1       I provided the documents listed above electronically through the CM/ECF system pursuant to

2 the instructions set forth in the Local Rules for the United States District Court for the Central District

3 of California to:

4 Thomas A. Woods, Esq.
Shook, Hardy & Bacon LLP
5 Jamboree Center
5 Park Plaza, Suite 1600
6 Irvine. CA 92614-2546
Tel: 949-475-1500
7 Fax: 949-475-0016
twoods@shb.com
8 Attorneys for Defendant Malinckrodt,

9 Michael C. Zellers, Esq.
Mollie Benedict, Esq.
10 Aggie B. Lee, Esq.
Tucker Ellis & West LLP
11 515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
12 Tel: 213-430-3400
Fax: 213-430-3409
13 Attorneys for Bracco Diagnostics, Inc

14 Deborah C. Prosser, Esq.
Stephanie Hingle, Esq.
15 Kutak Rock LLP
515 South Figueroa Street, Suite 1240
16 Los Angeles, CA 90071
dprosser@bwslaw.com
17 Stephanie.hingle@KutakRock.com
Attorneys for General Electric Company and GE Healthcare, Inc
18

19       I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of

20 April 2008 at San Francisco, California.

21                                           Scheryl Warr