UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MOORHOUSE, et al., | Case No. C08-1831 EMC |
| Plaintiffs, | |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(x)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

( )   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

|   |   |
|---|---|
| 1 | Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date. |

Dated:  April 10, 2008                                            Richard W. Wieking, Clerk
                                                                                United States District Court


                                                                                _____
                                                                                By: Betty Fong, Deputy Clerk