1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 S. Flower Street, 42nd Floor
   Los Angeles, CA 90071-2223
4  Telephone:  (213) 430-3400
   Facsimile:  (213) 430-3409
5  michael.zellers@tuckerellis.com
   mollie.benedict@tuckerellis.com
6  aggie.lee@tuckerellis.com

7
   Attorneys for Defendant
8
   BRACCO DIAGNOSTICS INC.
9

10                 **UNITED STATES DISTRICT COURT**

11     **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

12  | CAROL MOORHOUSE and JAMES MOORHOUSE, | ) | Case No.  CV-08-1831 EMC |
13  | | ) | |
    |                Plaintiffs, | ) | **STIPULATION OF PLAINTIFFS** |
14  | | ) | **AND DEFENDANT BRACCO** |
    |        v. | ) | **DIAGNOSTICS INC. TO EXTEND** |
15  | | ) | **DEFENDANT'S TIME TO PLEAD** |
    | BAYER HEALTHCARE | ) | |
16  | PHARMACEUTICALS, INC.; BAYER | ) | |
    | HEALTHCARE LLC; GENERAL | ) | |
17  | ELECTRIC COMPANY; GE | ) | |
    | HEALTHCARE, INC.; COVIDIEN, | ) | |
18  | INC.; MALLINCKRODT, INC.; | ) | |
    | BRACCO DIAGNOSTICS, INC.; | ) | |
19  | McKESSON CORPORATION; | ) | |
    | MERRY X-RAY CHEMICAL CORP.; | ) | |
20  | and DOES 1 through 35, | ) | |
    | | ) | |
21  |                 Defendants. | ) | |
    | | ) | |
22  | | ) | |
    | | ) | |
23  | _____ | ) | |

24

25

26

27

28

Plaintiffs Carol Moorhouse and James Moorhouse and Defendant Bracco Diagnostics Inc. ("BDI"), by and through their respective counsel, hereby stipulate as follows:

The time for Defendant BDI to Answer or otherwise respond to the Civil Complaint shall be extended. Plaintiffs' counsel has informed counsel for BDI that Plaintiffs intend to file a motion to remand the case to state court. If Plaintiffs do file such a motion, the time for BDI to Answer or otherwise respond to Plaintiffs' Civil Complaint shall be extended from April 11, 2008, to one of the following: (1) BDI's date to Answer or otherwise respond to Plaintiffs' Civil Complaint shall be determined by any Case Management Orders issued by the Judicial Panel on Multi District Litigation MDL 1909 Judge Dan A. Polster if this case remains in federal court; or (2) BDI's date to Answer or otherwise respond to Plaintiffs' Civil Complaint shall be extended to 15 days after any federal judge enters an order on the motion to remand if such order remands this case to California state court. Good cause exists for this continuance as outlined in the accompanying Declaration of Aggie B. Lee.

DATED: APRIL 11, 2008                TUCKER ELLIS & WEST LLP

By:   /s/ Aggie B. Lee
Aggie B. Lee
Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

DATED: APRIL 11, 2008                LEVIN SIMES KAISER & GORNICK LLP

By:   /s/ Lawrence J. Gornick
Lawrence J. Gornick
Attorneys for Plaintiffs CAROL
MOORHOUSE and JAMES
MOORHOUSE

2.
STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS
INC. TO EXTEND DEFENDANT'S TIME TO PLEAD CV-08-1831 EMC

LAimanage/11255/00006/606811/1

1
2
3  PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5  DATED: _____,2008
6
7                                              _____
                                               The Honorable Edward M. Chen
8                                              United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | TUCKER ELLIS & WEST LLP
2 | MICHAEL C. ZELLERS-STATE BAR NO. 146904
  | MOLLIE BENEDICT-STATE BAR NO. 187084
3 | AGGIE B. LEE-STATE BAR NO. 228332
  | 515 S. Flower Street, 42nd Floor
4 | Los Angeles, CA 90071-2223
  | Telephone:  (213) 430-3400
5 | Facsimile:  (213) 430-3409
  | michael.zellers@tuckerellis.com
6 | mollie.benedict@tuckerellis.com
  | aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE, | Case No.  CV-08-1831 EMC |
| Plaintiffs, | **DECLARATION OF AGGIE B. LEE IN SUPPORT OF STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO PLEAD** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, | |
| Defendants. | |

DECLARATION OF AGGIE B. LEE IN SUPPORT OF STIPULATION OF
PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO PLEAD CV-08-1831 EMC

LAimanage/11255/00006/606866/1

## DECLARATION OF AGGIE B. LEE

I, Aggie B. Lee, declare as follows:

1. I am an attorney at law duly authorized to practice before the courts of the State of California and I am an associate with the law firm of Tucker Ellis & West LLP, attorneys for Defendant Bracco Diagnostics Inc. ("BDI"). I have personal knowledge of all of the facts attested to in this declaration and could competently testify thereto if called as a witness in any legal proceeding.

2. On March 5, 2008, Plaintiffs Carol Moorhouse and James Moorhouse ("Plaintiffs") filed a complaint in the Superior Court of California, San Francisco County captioned as *Carol Moorhouse, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.,* Case No. CGC-08-472878.

3. After service of this Complaint, this case was removed to United States District Court for the Northern District of California, San Francisco Division, Case No. CV08-1831-EMC. BDI consented to such removal.

4. This lawsuit involves allegations that Plaintiff Carol Moorhouse contracted nephrogenic systemic fibrosis as a result of exposure to gadolinium-based M.R.I. contrasts allegedly manufactured by BDI and the other named defendants.

5. On or about April 8, 2008, counsel for BDI met and conferred with counsel for Plaintiffs regarding the status of the action.

6. Plaintiffs' counsel informed counsel for BDI that Plaintiffs intend to file a motion to remand the case to San Francisco County Superior Court.

7. BDI intends to file a response to Plaintiffs' motion to remand, if any such motion is in fact filed.

8. On April 7, 2008, Defendants General Electric Company and GE Healthcare Inc. informed BDI that they intend to file an Application to Stay All Proceedings Pending Transfer to MDL to stay proceedings in this case pending

2.
DECLARATION OF AGGIE B. LEE IN SUPPORT OF STIPULATION OF
PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND
DEFENDANT'S TIME TO PLEAD CV-08-1831 EMC

LAimanage/11255/00006/606866/1

transfer to the designated Multidistrict Litigation Court—the United States District Court for the Northern District of Ohio, for inclusion in MDL 1909; *In re Gadolinium Contrast Dyes Product Liability Litigation.*

9. Plaintiffs' counsel agreed to an extension for BDI to file an Answer or otherwise respond to Plaintiffs' Complaint for Damages in the above captioned matter from April 11, 2008, to 15 days after any federal judge enters an order on the motion to remand, if such order remands this case back to California state court.

10. If, however, this case remains in federal court and is transferred to the United States District Court for the Northern District of Ohio, for inclusion in MDL 1909, BDI's date to Answer or otherwise respond to Plaintiffs' Civil Complaint shall be determined by any Case Management Orders issued by the Honorable Dan A. Polster of the United States District Court, Northern District of Ohio, the court designated by the Judicial Panel on Multi District Litigation for MDL 1909: *In re Gadolinium Contrast Dyes Product Liability Litigation.*

10. Good cause for this continuance exists due to Plaintiffs' stated intention to move to remand this matter, as well as Defendants General Electric Company and GE Healthcare Inc.'s stated intent to file a Motion for Stay pending transfer to MDL 1909: *In re Gadolinium Contrast Dyes Product Liability Litigation.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed by me on this 11th day of April, 2008, in Los Angeles, California.

                                               /s/ Aggie B. Lee
                                               Aggie B. Lee

3.
DECLARATION OF AGGIE B. LEE IN SUPPORT OF STIPULATION OF
PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND
DEFENDANT'S TIME TO PLEAD CV-08-1831 EMC

LAimanage/11255/00006/606866/1