**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
|---|---|
| Clerk | 415.522.2000 |

**April 14, 2008**

CASE NUMBER:  CV 08-01831 EMC
CASE TITLE:  CAROL MOORHOUSE-v-BAYER HEALTHCARE

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/14/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
|---|---|
| Log Book Noted | Entered in Computer 4/14/08ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA