1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 S. Flower Street, 42nd Floor
   Los Angeles, CA 90071-2223
4  Telephone:  (213) 430-3400
   Facsimile:  (213) 430-3409
5  michael.zellers@tuckerellis.com
   mollie.benedict@tuckerellis.com
6  aggie.lee@tuckerellis.com

7  Attorneys for Defendant
   BRACCO DIAGNOSTICS INC.
8

9              **UNITED STATES DISTRICT COURT**

10       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

11 | CAROL MOORHOUSE and JAMES MOORHOUSE, | Case No. CV-08-1831 SBA |
|---|---|
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES FOR DEFENDANT BRACCO DIAGNOSTICS INC. PURSUANT TO LOCAL RULE 3-16** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, | |
| Defendants. | |

---

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES FOR DEFENDANT
BRACCO DIAGNOSTICS INC. CV-08-1831 SBA

LAimanage/11255/00006/606348/1

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Bracco Diagnostics Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entitles (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Bracco Diagnostics Inc. is a subsidiary of Bracco USA Inc.

(2) No publicly held company owns ten percent (10%) or more of Bracco Diagnostic Inc.'s stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Defendant Bracco Diagnostics Inc. reserves the right to supplement this certification as needed.

DATED: APRIL 16, 2008          TUCKER ELLIS & WEST LLP

By:  /s/ Aggie B. Lee
     Aggie B. Lee
     Attorneys for Defendant
     BRACCO DIAGNOSTICS INC.

Of Counsel:
Thomas N. Sterchi
Patrick Lysaught
Paul S. Penticuff
Elizabeth McCulley
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:  (816) 471-2121
Facsimile:   (816) 472-0288

2.
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES FOR DEFENDANT
BRACCO DIAGNOSTICS INC. CV-08-1831 SBA

LAimanage/11255/00006/606348/1