1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 S. Flower Street, 42nd Floor
   Los Angeles, CA 90071-2223
4  Telephone:  (213) 430-3400
   Facsimile:  (213) 430-3409
5  michael.zellers@tuckerellis.com
   mollie.benedict@tuckerellis.com
6  aggie.lee@tuckerellis.com

7  Attorneys for Defendant
   BRACCO DIAGNOSTICS INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11 | CAROL MOORHOUSE and JAMES MOORHOUSE, ) Case No.  CV-08-1831 SBA
12 |                                     )
   |        Plaintiffs,                  ) **CERTIFICATION OF**
13 |                                     ) **INTERESTED ENTITIES OR**
   |     v.                              ) **PARTIES FOR DEFENDANT**
14 |                                     ) **BRACCO DIAGNOSTICS INC.**
   | BAYER HEALTHCARE                    ) **PURSUANT TO LOCAL RULE 3-16**
15 | PHARMACEUTICALS, INC.; BAYER        )
   | HEALTHCARE LLC; GENERAL             )
16 | ELECTRIC COMPANY; GE                )
   | HEALTHCARE, INC.; COVIDIEN,         )
17 | INC.; MALLINCKRODT, INC.;           )
   | BRACCO DIAGNOSTICS, INC.;           )
18 | McKESSON CORPORATION;               )
   | MERRY X-RAY CHEMICAL CORP.;         )
19 | and DOES 1 through 35,              )
   |                                     )
20 |        Defendants.                  )
   |                                     )
21 |                                     )
   |                                     )
22 | _____ )

1  TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:

3  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for
4  Defendant Bracco Diagnostics Inc., certifies that the following listed persons,
5  associations of persons, firms, partnerships, corporations (including parent
6  corporations) or other entitles (i) have a financial interest in the subject matter in
7  controversy or in a party to the proceeding, or (ii) have a non-financial interest in
8  that subject matter or in a party that could be substantially affected by the outcome
9  of this proceeding:

10  (1)  Bracco Diagnostics Inc. is a subsidiary of Bracco USA Inc.
11  (2)  No publicly held company owns ten percent (10%) or more of Bracco
12  Diagnostic Inc.'s stock.

13  These representations are made to enable the Court to evaluate possible
14  disqualification or recusal.  Defendant Bracco Diagnostics Inc. reserves the right to
15  supplement this certification as needed.

16

17  DATED:  APRIL 17, 2008            TUCKER ELLIS & WEST LLP

18
                                     By:  /s/ Aggie B. Lee
19                                        Aggie B. Lee
                                          Attorneys for Defendant
20                                        BRACCO DIAGNOSTICS INC.

21  Of Counsel:
    Thomas N. Sterchi
22  Patrick Lysaught
23  Paul S. Penticuff
    Elizabeth McCulley
24  BAKER STERCHI COWDEN & RICE, L.L.C.
25  2400 Pershing Road, Suite 500
    Kansas City, MO  64108
26  Telephone:  (816) 471-2121
27  Facsimile:  (816) 472-0288

28
                                     2.
              CERTIFICATION OF INTERESTED ENTITIES OR PARTIES FOR DEFENDANT
                        BRACCO DIAGNOSTICS INC. CV-08-1831 SBA

LAimanage/11255/00006/606348/1