Charles T. Sheldon (SBN # 155598)
E-mail: charles.sheldon@sdma.com
Michael L. Fox (SBN # 173355)
E-mail: michael.fox@sdma.com
Marc Brainich  (SBN # 191034)
E-mail: marc.brainich@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: 415.781.7900
Facsimile: 415.781.2635

Galen D. Bellamy (SBN # 231792)
E-mail: bellamy@wtklaw.com
WHEELER TRIGG KENNEDY LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879

Attorneys for Defendant
McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, IN; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>　　　　Defendants. | CASE NO. CV 08-01831 SBA<br><br>**MCKESSON CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>(Jury Trial Demanded)<br><br>(San Francisco County Superior Court Case No. CGC-08-472978) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties to this action, there is no such interest to report.

DATED:  April 22, 2008          Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:     /s/ Michael L. Fox
　　　Charles T. Sheldon
　　　Michael L. Fox
　　　Marc Brainich

and

Galen D. Bellamy
WHEELER TRIGG KENNEDY LLP

Attorneys for Defendant McKesson Corporation