1  Charles T. Sheldon (SBN # 155598)
   E-mail: charles.sheldon@sdma.com
2  Michael L. Fox (SBN # 173355)
   E-mail: michael.fox@sdma.com
3  Marc Brainich  (SBN # 191034)
   E-mail: marc.brainich@sdma.com
4  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: 415.781.7900
   Facsimile: 415.781.2635
7
8  Galen D. Bellamy (SBN # 231792)
   E-mail: bellamy@wtklaw.com
   WHEELER TRIGG KENNEDY LLP
9  1801 California Street, Suite 3600
   Denver, Colorado 80202
10 Telephone: 303.244.1800
   Facsimile: 303.244.1879
11
   Attorneys for Defendant
12 McKESSON CORPORATION

13

14                    UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

16

| | |
|---|---|
| 17  CAROL MOORHOUSE and<br>    JAMES MOORHOUSE,<br>18<br>              Plaintiffs,<br>19<br>        vs.<br>20<br>    BAYER HEALTHCARE<br>21  PHARMACEUTICALS, INC., BAYER<br>    HEALTHCARE LLC; GENERAL<br>22  ELECTRIC COMPANY; GE<br>    HEALTHCARE, INC.; COVIDIEN, INC.;<br>23  TYCO HEALTHCARE GROUP, LP;<br>    MALLINCKRODT, IN; BRACCO<br>24  DIAGNOSTICS, INC.; McKESSON<br>    CORPORATION; MERRY X-RAY<br>25  CHEMICAL CORP.; and DOES 1 through<br>    35,<br>26<br>              Defendants.<br>27 | CASE NO. CV 08-01831 SBA<br><br>**MCKESSON CORPORATION'S<br>DISCLOSURE STATEMENT**<br><br>(Jury Trial Demanded)<br><br>(San Francisco County Superior Court<br>Case No. CGC-08-472978) |

28

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCKESSON CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure statement is filed on behalf of Defendant McKesson Corporation ("McKesson").

Defendant McKesson discloses that it has no parent corporation, that its shares are publicly traded on the NASDAQ, and that no publicly held corporation owns 10% or more of its stock.

DATED: April 22, 2008         Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/ Michael L. Fox
     Charles T. Sheldon
     Michael L. Fox
     Marc Brainich

     and

     Galen D. Bellamy
     WHEELER TRIGG KENNEDY LLP

     Attorneys for Defendant McKesson Corporation