Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No. 3:08-CV-01831 SBA<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court, Case No.: CGC-08-472978)<br><br>Reserved Hearing:<br><br>Date:   June 10, 2008<br>Time:  1:00 p.m.<br>Place:  USDC-Northern District<br>         Courtroom 3, Third Floor<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102 |

Defendants General Electric Company and GE Healthcare Inc.'s ("Defendants") Application to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation came on regularly for hearing before this Court on June 3, 2008. After considering all of the papers and arguments of

counsel, the Court finds that good cause exists to stay this matter pending transfer to the MDL 1909.

Accordingly, Defendants' Application for Stay is hereby GRANTED and all proceedings in this case are stayed pending further notice.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT