1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California  94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS INC.
   and BAYER HEALTHCARE LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 | CAROL MOORHOUSE and JAMES MOORHOUSE, | Case No. 4:08-CV-01831 SBA
   |                                        |
12 |                        Plaintiffs,     | **CORPORATE DISCLOSURE STATEMENT OF BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER HEALTHCARE LLC**
13 |                                        |
14 |             v.                         |
   |                                        | [F.R.C.P. 7.1]
15 | BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, |
16 |                                        |
17 |                                        |
18 |                                        |
19 |                                        |
20 |                        Defendants.     |

21

22      Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bayer HealthCare

23 Pharmaceuticals Inc. and Bayer HealthCare LLC make this their Corporate Disclosure

24 Statement.  Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare

25 LLC state that they are nongovernmental corporations.

26      Defendant Bayer HealthCare Pharmaceuticals Inc. is wholly owned by Schering

27 Berlin, Inc.  Schering Berlin, Inc. is wholly owned by Defendant Bayer HealthCare LLC.

28 Defendant Bayer HealthCare LLC is wholly owned by Bayer Corporation.  Bayer

1  Corporation is wholly owned by Bayer AG. Bayer AG is publicly traded in Germany and
2  its American Depository shares are listed on the New York Stock Exchange.
3      No other publicly held company owns ten percent (10%) or more of the stock of
4  Defendants Bayer HealthCare Pharmaceuticals Inc. or Bayer HealthCare LLC.

Dated: April 25, 2008                    DRINKER BIDDLE & REATH LLP

/S/ Rodney M. Hudson
RODNEY M. HUDSON

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS INC. and BAYER HEALTHCARE LLC