Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone:  (213) 312-4000
Facsimile:   (213) 312-4001
Email:  Deborah.Prosser@KutakRock.com
Email:  Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE,<br><br>          Plaintiffs,<br><br>     v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>          Defendants. | Case No.  3:08-CV-01831 SBA<br><br>**DEFENDANTS GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC.'S AMENDED NOTICE OF APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court, Case No.: CGC-08-472978)<br><br>Reserved Hearing:<br><br>Date:     June 10, 2008<br>Time:    1:00 p.m.<br>Place:   USDC-Northern District<br>            Courtroom 3, Third Floor<br>            1301 Clay Street, Suite 400S<br>            Oakland, CA 94612 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

///

1  **PLEASE TAKE NOTICE** that Defendants General Electric Company and GE Healthcare Inc.'s ("Defendants") Application to Stay All Proceedings Pending Transfer to MDL is set for hearing on June 10, 2008 at 1:00 p.m. in Courtroom 3 of the above-entitled Court located at 1301 Clay Street, Suite 400S, Oakland, California 94612-5212.

Dated: April 28, 2008

KUTAK ROCK LLP

By: /s/ Stephanie Hingle
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.