| | |
|---|---|
| 1 | Charles T. Sheldon (SBN # 155598) |
| | E-mail: charles.sheldon@sdma.com |
| 2 | Michael L. Fox (SBN # 173355) |
| | E-mail: michael.fox@sdma.com |
| 3 | Marc Brainich  (SBN # 191034) |
| | E-mail: marc.brainich@sdma.com |
| 4 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | One Market Plaza |
| 5 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 6 | Telephone: 415.781.7900 |
| | Facsimile: 415.781.2635 |
| 7 | |
| 8 | Galen D. Bellamy (SBN # 231792) |
| | E-mail: bellamy@wtklaw.com |
| 9 | WHEELER TRIGG KENNEDY LLP |
| | 1801 California Street, Suite 3600 |
| 10 | Denver, Colorado 80202 |
| | Telephone: 303.244.1800 |
| 11 | Facsimile: 303.244.1879 |
| 12 | Attorneys for Defendant |
| | McKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE, <br><br>           Plaintiffs, <br><br>     vs. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, IN; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, <br><br>           Defendants. | CASE NO. CV 08-01831 SBA <br><br> **McKESSON CORPORATION'S JOINDER IN APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL** <br><br> (Jury Trial Demanded) <br><br> (San Francisco County Superior Court Case No. CGC-08-472978) <br><br> Date:       June 10, 2008 <br> Time:       1:00 p.m. <br> Location:  Courtroom 3 <br>                 1301 Clay Street <br>                 Oakland, CA 94612 |

1  Defendant McKesson Corporation ("McKesson") joins in Defendants General Electric
2  Company and GE Healthcare Inc.'s ("GE Defendants") Application to Stay All Proceedings
3  Pending Transfer to MDL ("the Motion"). For the reasons discussed in the Application filed by
4  the GE Defendants, McKesson respectfully requests that this Court stay all proceedings in this
5  case pending transfer to the MDL Court for coordinated pretrial management.

7  DATED: April 29, 2008                 Respectfully submitted,

                                         SEDGWICK, DETERT, MORAN & ARNOLD LLP


11                                       By:    /s/ Michael L. Fox
                                            Charles T. Sheldon
12                                          Michael L. Fox
                                            Marc Brainich

                                            and

                                            Galen D. Bellamy
15                                          WHEELER TRIGG KENNEDY LLP

16                                          Attorneys for Defendant McKesson Corporation

SF/1503473v1                                              -2-                          CASE NO. CV 08-01831 SBA
MCKESSON CORPORATION'S JOINDER IN APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL