1  Frank C. Rothrock (SBN: 54452)
   Scott LaSalle (SBN: 188287)
2  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
3  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
4  Telephone:  (949) 475-1500
   Facsimile:   (949) 475-0016
5

6  Attorneys for defendants denominated "Covidien, Inc."
   and "Mallinckrodt, Inc."
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 CAROL MOORHOUSE and JAMES       )  CASE NO.:  CV-08-01831 SBA
   MOORHOUSE,                      )
12                                 )  Judge:  Hon. Saundra Brown Armstrong
                 Plaintiffs,       )
13                                 )
   vs.                             )  **JOINDER IN APPLICATION
14                                 )  TO STAY ALL PROCEEDINGS
   BAYER HEALTHCARE                )  PENDING TRANSFER TO MDL OF
15 PHARMACEUTICALS, INC.; BAYER    )  DEFENDANTS DENOMINATED
   HEALTHCARE LLC; GENERAL         )  "COVIDIEN, INC." AND
16 ELECTRIC COMPANY; GE            )  "MALLINCKRODT, INC."**
   HEALTHCARE, INC.; COVIDIEN,     )
17 INC.; MALLINCKRODT, INC.;       )  Date:              June 10, 2008
   BRACCO DIAGNOSTICS, INC.;       )  Time:              1:00 p.m.
18 MCKESSON CORPORATION;           )  Courtroom:         3
   MERRY X-RAY CHEMICAL CORP.;     )
19 and DOES 1 through 35,          )  Complaint Filed:         Mar. 4, 2008
                                   )  Case Management Conf:  Aug. 8, 2008
20               Defendants.       )

21

22       Defendants denominated "Covidien, Inc." and "Mallinckrodt, Inc." join in

23 defendants General Electric Company and GE Healthcare Inc.'s Application to Stay

24 All Proceedings Pending Transfer to MDL.  For the reasons discussed in the

25 Application filed by the GE defendants, these defendants respectfully request this

26

27

28

---

JOINDER IN APPLICATION TO STAY ALL PROCEEDINGS

49239V1

1  Court stay all proceedings in this case pending transfer to the MDL Court for
2  coordinated pretrial management.
3
4  Dated: May 8, 2008                              SHOOK, HARDY & BACON L.L.P.
5
6                                                  By:_____/s/_____
                                                            Frank C. Rothrock
7                                                  Attorneys for Defendants denominated
                                                   "Covidien, Inc." and "Mallinckrodt, Inc."
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

JOINDER IN APPLICATION TO STAY ALL PROCEEDINGS

49239V1