1  Frank C. Rothrock (SBN: 54452)
   Scott LaSalle (SBN: 188287)
2  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
3  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
4  Telephone:  (949) 475-1500
   Facsimile:   (949) 475-0016
5

6  Attorneys for Defendants denominated "Covidien, Inc."
   and "Mallinckrodt, Inc."
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | CAROL MOORHOUSE and JAMES MOORHOUSE, | CASE NO.:  CV-08-01831 SBA |
   |---|---|
12 | | Judge:  Hon. Saundra Brown Armstrong |
13 | Plaintiffs, | |
14 | vs. | **CERTIFICATE OF SERVICE** |
15 | BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; MCKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, | Complaint Filed:       Mar. 4, 2008<br>Case Management Conf:  Aug. 8, 2008 |
20 | Defendants. | |

---

49258V1

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On May 8, 2008 I served on the interested parties in said action the within:

**JOINDER IN APPLICATION TO STAY ALL PROCEEDINGS
PENDING TRANSFER TO MDL**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☒ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Shook, Hardy & Bacon L.L.P.'s electronic mail system to the e-mail address(es) as stated on the CM/ECF system.

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Eastern District of California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 8, 2008, at Irvine, California.

| Deborah Hohmann | /s/ Deborah Hohmann |
|---|---|
| (Type or print name) | (Signature) |

## SERVICE LIST

| | |
|---|---|
| Debra DeCarli, Esq.<br>Lawrence J. Gornick, Esq.<br>LEVIN SIMES KAISER & GORNICK LLP<br>44 Montgomery Street, Suite 3600<br>San Francisco, CA  94104<br><br>Tel:  (415) 646-7160<br>Fax:  (415) 981-1270<br>**Attorneys for Plaintiffs CAROL MOORHOUSE and JAMES MOORHOUSE** | Michael L. Fox, Esq.<br>Marc Brainich, Esq.<br>Sedgwick Detert Moran & Arnold LLP<br>One Market Plaza, Steuart Tower<br>8th Floor<br>San Francisco, CA 94105<br><br>415-781-7900<br>Fax: 415-781-2635<br>Email: michael.fox@sdma.com<br>**Attorneys for Defendant McKesson** |

3

CERTIFICATE OF SERVICE

49258V1