TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MOORHOUSE and JAMES MOORHOUSE, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, <br><br> Defendants. | Case No.  CV-08-1831 SBA <br><br> **DEFENDANT BRACCO DIAGNOSTICS INC.'S JOINDER IN APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL** <br><br> Date:        June 10, 2008 <br> Time:       1:00 p.m. <br> Courtroom:  3 |

DEFENDANT BRACCO DIAGNOSTICS INC.'S JOINDER IN APPLICATION TO
STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL
CV-08-1831 SBA

LAimanage/11255/00006/608368/1

1 |     Defendant Bracco Diagnostics Inc. ("BDI") joins in Defendants General Electric Company and GE Healthcare Inc.'s Application to Stay All Proceedings Pending Transfer to MDL. For the reasons discussed in the Application filed by the GE defendants, BDI respectfully requests that this Court stay all proceedings in this case pending transfer to the MDL Court for coordinated pretrial management.

DATED: MAY 12, 2008                  TUCKER ELLIS & WEST LLP

By:  /s/ Aggie B. Lee
       Aggie B. Lee
       Attorneys for Defendant
       BRACCO DIAGNOSTICS INC.

2.
DEFENDANT BRACCO DIAGNOSTICS INC.'S JOINDER IN APPLICATION TO
STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL
CV-08-1831 SBA

LAimanage/11255/00006/608368/1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is TUCKER ELLIS & WEST LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

  On May 12, 2008, I served the foregoing document entitled ** by placing (X**) the original (X) a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es) or on the attached service list.

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 12, 2008 at Los Angeles, California.

          /s/ Frank V. Provenzano
          Frank V. Provenzano

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

PROOF OF SERVICE

LAimanage / 11255 / 00006 / 608445 / 1 /

## SERVICE LIST

*Carol and James Moorehouse, et al. v. Bracco Diagnostics, Inc.*
U.S. District Court, Northern District of California
Case No.: CV-08-1831 SBA

Lawrence J. Gornick
Debra DeCarli
Laura M. Brandenberg
LEVIN SIMES KAISER & GORNICK LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

Telephone: (415) 646-7160
Fax: (415) 981-1270


H. Nathan James, Esq.
Seifer, Murken, Depina, James & Teichman
2135 Lombard Street
San Francisco, CA 94123

Tel: (415) 749-5900
Fax: (415) 749-0344
Attorneys for Merry X-Ray Chemical Corporation


Frank C. Rothrock, Esq.
Thomas A. Woods, Esq.
Shook, Hardy & Bacon LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine. CA 92614-2546

Tel: 949-475-1500
Fax: 949-475-0016
twoods@shb.com


Rodney Hudson, Esq.
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Tel: 415-591-7500
Fax: 415-591-7510
Email: KennethConour@dbr.com
Attorneys for Bayer Healthcare Pharmaceuticals Inc.


Deborah C. Prosser, Esq.
Stephanie Hingle, Esq.
Kutak Rock LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA 90071

dprosser@bwslaw.com
Stephanie.hingle@kutakrock.com
Attorneys for General Electric Company and GE Healthcare, Inc.

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
PROOF OF SERVICE

LAimanage / 11255 / 00006 / 608445 / 1 /