1   Deborah C. Prosser (SBN 109856)
    Stephanie A. Hingle (SBN 199396)
2   KUTAK ROCK LLP
    515 So. Figueroa Boulevard, Suite 1240
3   Los Angeles, CA 90071
    Telephone:   (213) 312-4000
4   Facsimile:   (213) 312-4001
    Email:  Deborah.Prosser@KutakRock.com
5   Email:  Stephanie.Hingle@KutakRock.com

6   Attorneys for Defendants
    GENERAL ELECTRIC COMPANY and
7   GE HEALTHCARE INC.

8
                **UNITED STATES DISTRICT COURT**
9
            **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**
10

11

12  CAROL MOORHOUSE and            Case No.  3:08-CV-01831 SBA
    JAMES MOORHOUSE,
13
                 Plaintiffs,
14                                  **DECLARATION OF GREG YONKO**
           v.
15
    BAYER HEALTHCARE
16  PHARMACEUTICALS, INC.;
    BAYER HEALTHCARE LLC;
17  GENERAL ELECTRIC
    COMPANY; GE HEALTHCARE,
18  INC.; COVIDIEN, INC.;
    MALLINCKRODT, INC.;
19  BRACCO DIAGNOSTICS, INC.;
    McKESSON CORPORATION;
20  MERRY X-RAY CHEMICAL
    CORP.; and DOES 1 through 35,
21
                 Defendants.
22

23

24

25

26

27

28

## <u>DECLARATION OF GREG YONKO</u>

I, Greg Yonko, declare and say that:

1.    I am the Senior Vice President of purchasing for McKesson Corporation ("McKesson"), a defendant named in this action.  All of the facts stated in this declaration are of my own personal knowledge, and if called as a witness, I would and could competently testify to these facts.

2.    McKesson is engaged in the business of distributing and selling various medical products.  With regard specifically to the product known as gadolinium-based contrast agents, McKesson's role in the chain of distribution is, and has always been, to sell this product line in various imaging facilities in the same packaging in which it was received from the manufacturer.  McKesson does not, and did not, design, manufacture, or administer any gadolinium-based contrast agents.  McKesson does not, and did not, design, test, manufacture, or label any gadolinium-based contrast agents.

3.    With respect specifically to the products known as MRI and MRA machines used in conjunction with gadolinium-based contrast agents, McKesson has, and had no function or role in the chain of distribution of these machines, including but not limited to no role in the designing, testing, manufacturing, or labeling of these products.

I declare under penalty of perjury under the laws of the United States of America and of California that the foregoing is true and correct.

Executed this _4_ day of April 2008.

Greg Yonko

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF GREG YONKO