| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Debra DeCarli, 237642<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street<br>San Francisco, CA 94104 | (415) 646-7160 | **FILED**<br>JUN - 3 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF

Moorhouse, et al.

DEFENDANT

Bayer Healthcare Pharmaceuticals, et. al.

| **PROOF OF SERVICE** | DATE: 6/23/2008 | TIME 2:00 PM | DEPT/DIV | CASE NUMBER 4:08-cv-1831-SBA |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Letter, Subpoena in a Civil Case

2. Party Served:  Kaiser Permanente Legal Department by serving Doug Cotes in the Legal Dept., authorized to accept service

3. Person Served:  party in item 2

4. Date & Time of Delivery:  5/30/2008    4:10 PM

5. Address, City and State:  1 Kaiser Plaza
Oakland, CA  94612

6. Manner of Service:  Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 128.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/2/2008 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

FF# 6663592