1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 So. Figueroa Boulevard, Suite 1240
3  Los Angeles, CA 90071
   Telephone: (213) 312-4000
4  Facsimile:  (213) 312-4001
   Email: Deborah.Prosser@KutakRock.com
5  Email: Stephanie.Hingle@KutakRock.com

6  Attorneys for Defendants
   GE HEALTHCARE INC. and GENERAL
7  ELECTRIC COMPANY

8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND
10

11
12 CAROL MOORHOUSE and              Case No. 3:08-CV-01831 SBA
   JAMES MOORHOUSE,
13          Plaintiffs,
                                    NOTICE OF RULING BY JUDICIAL
14     v.                           PANEL ON MULTIDISTRICT
                                    LITIGATION RELATED TO
15 BAYER HEALTHCARE                 MOTIONS FOR REMAND IN
   PHARMACEUTICALS, INC.;           RELATED GADOLINIUM-BASED
16 BAYER HEALTHCARE LLC;            CONTRAST AGENT LITIGATION
   GENERAL ELECTRIC
17 COMPANY; GE HEALTHCARE,
   INC.; COVIDIEN, INC.;            [Jury Trial Demanded]
18 MALLINCKRODT, INC.;
   BRACCO DIAGNOSTICS, INC.;        (San Francisco County Superior Court,
19 McKESSON CORPORATION;            Case No.: CGC-08-472978)
   MERRY X-RAY CHEMICAL
20 CORP.; and DOES 1 through 35,

21          Defendants.

22

23     **PLEASE TAKE NOTICE** that subsequent to the hearing on Plaintiffs'

24 Motion for Remand and Defendants GE Healthcare Inc. and General Electric

25 Company's ("Defendants") Motion for Stay in three gadolinium-based contrast

26 agent cases, the United States Judicial Panel on Multidistrict Litigation ("JPML")

27 issued a ruling on June 6, 2008 in MDL-1909 ("In Re Gadolinium Contrast Dyes

28 Products Liability Litigation") denying Plaintiffs' motions to vacate Conditional

1  Transfer Orders. A true and correct copy of the June 6, 2008 Order is attached
2  hereto as Exhibit "A."
3      The three cases at issue in the JPML Order were cited by the Defendants in
4  this case in relation to the Motions for Stay and Remand set for hearing on June 10,
5  2008. They are:
6      (1)  *Priscilla Geffen, et. al. v. General Electric Company, et. al* (C.A. No.
7  2:08-1110) (C.D. Cal. - Eastern Division);
8      (2)  *Irven S. Shelton, et. al vs. General Electric Company, et. al.* (C.A. No
9  2:07-1951) (W.D.La.); and
10     (3)  *Claudia Ethington, et. al. v. General Electric Company, et al.*, (C.A.
11 No. 3:07-5985 (D.NJ).
12     The JPML Order holds that "Plaintiffs can present their motions for remand
13 to state court to the transferee court. See, e.g. *In Re Ivy, 901* F2d 7 (2nd Circ. 1990);
14 *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.
15 Supp.2d 1346, 1377-48 (J.P.M.L. 2001.)"

Dated: June 6, 2008

KUTAK ROCK LLP

By: *[signature: Stephanie Hingle]*
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.

# EXHIBIT "A"

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 06, 2008**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: GADOLINIUM CONTRAST DYES
PRODUCTS LIABILITY LITIGATION

MDL No. 1909

**TRANSFER ORDER**

**Before the entire Panel**[*]: Plaintiffs in three actions listed on Schedule A and pending, respectively, in the Central District of California, the Western District of Louisiana, and the District of New Jersey, have moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate the respective portions of its orders conditionally transferring their actions to the Northern District of Ohio for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Dan A. Polster. Responding defendants General Electric Company, GE Healthcare, Inc., and GE Healthcare Bio-sciences Corp. (the GE defendants), and Mallinckrodt, Inc. (Mallinckrodt), support transfer of the actions.

After considering all argument of counsel, we find that the actions involve common questions of fact with actions in this litigation previously transferred to the Northern District of Ohio, and that transfer of these actions to the Northern District of Ohio for inclusion in MDL No. 1909 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of Ohio was a proper Section 1407 forum for products liability actions involving allegations that gadolinium based contrast dyes manufactured by various defendants, including the GE defendants and Mallinckrodt, may cause a disease known as nephrogenic systemic fibrosis in patients with impaired renal function. *See In re Gadolinium Contrast Dyes Products Liability Litigation*, 536 F.Supp.2d 1380 (J.P.M.L. 2008).

Plaintiffs can present their motions for remand to state court to the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judges Heyburn and Motz did not participate in the disposition of this matter.

Exh. A
-4-

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable Dan A. Polster for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
D. Lowell Jensen
Acting Chairman

John G. Heyburn II, Chairman*         J. Frederick Motz*
Robert L. Miller, Jr.                 Kathryn H. Vratil
David R. Hansen                       Anthony J. Scirica

Exh. A
-6-

IN RE: GADOLINIUM CONTRAST DYES
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1909

## SCHEDULE A

<u>Central District of California</u>

Priscilla Geffen, et al. v. General Electric Co., et al., C.A. No. 2:08-1110

<u>Western District of Louisiana</u>

Irven S. Shelton, et al. v. General Electric Co., et al., C.A. No. 2:07-1951

<u>District of New Jersey</u>

Claudia Ethington, et al. v. General Electric Co., et al., C.A. No. 3:07-5985