**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 19, 2008

San Francisco County Superior Court
Civic Center Courthouse
400 McAllister Street, Civil Division
San Francisco, CA 94102

RE: CV 08-01831 SBA   Moorehouse-v-Bayer Healthcare Pharmaceuticals Inc.
    Your Case Number: (CGC-08-472978)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

(X)   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *(signature)*
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

June 19, 2008

Instructions for Retrieving Northern District of California Electronic Case Files

Login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg