JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 20 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES
PRODUCTS LIABILITY LITIGATION
   Carol Moorhouse, et al. v. Bayer Healthcare Pharmaceuticals, )
      Inc., et al., N.D. California, C.A. No. 4:08-1831 )   MDL No. 1909

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JULY 31, 2008, HEARING SESSION

     A conditional transfer order was filed in this action (*Moorhouse*) on April 23, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Moorhouse* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Moorhouse* was remanded to San Francisco Superior Court, State of California, by the Honorable Saundra Brown Armstrong in an order filed on June 18, 2008.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on April 23, 2008, is VACATED insofar as it relates to this action.

     IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 19, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN 2 0 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

June 20, 2008

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
   Federal Building
1301 Clay Street
Oakland, CA   94612-5212

Re: MDL No. 1909 -- IN RE: Gadolinium Contrast Dyes Products Liability Litigation

      Carol Moorhouse, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.,
      N.D. California, C.A. No. 4:08-1831

Dear Mr. Wieking:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

           Very truly,

           Jeffery N. Lüthi
           Clerk of the Panel

           By_____
           Regina Hale
           Calendar Clerk

Enclosure

cc:    Transferee Judge: Judge Dan A. Polster
        Transferor Judge: Judge Saundra Brown Armstrong

JPML Form 87