**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 19, 2008

San Francisco County Superior Court
Civic Center Courthouse
400 McAllister Street, Civil Division
San Francisco, CA 94102

FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ENDORSED
FILED
Superior Court of California
County of San Francisco
JUN 2 0 2008
GORDON PARK-LI, Clerk
BY: CAROLYN BALISTRERI
Deputy Clerk

RE:  CV 08-01831 SBA   Moorehouse-v-Bayer Healthcare Pharmaceuticals Inc.
     Your Case Number: (CGC-08-472978)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    (X)    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: /s/ Jessie Mosley
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg